# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  PANUTHOS, PETER J. | 2. Court or Organization  U.S. TAX COURT | 3. Date of Report  05/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SPECIAL TRIAL JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination       Date  ☐ Initial   ✔ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

U.S. TAX COURT
400 SECOND STREET N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 2017 | UDC Law School - Teaching | $2,250.00 |
| 2. Spr 2017 | Georgetown University Law School - Teaching | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed Writer |
| 2. 2017 | Professor - Univ. of Delaware |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association (ABA) | 1/19 - 1/22 | Orlando, FL | Speaker | Reimbursement for travel, meals & lodging |
| 2. | American Bar Association (ABA) | 09/14 - 09/17 | Austin, TX | Speaker | Reimbursement for travel, meals & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANUTHOS, PETER J.** | 05/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase Bank | Mortgage on Rental Property--W. Babylon, N.Y | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fed. Choice Savings Account | A | Interest | L | T | | | | | |
| 2. Sun Trust Money Market, Wash., D.C. | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank., Sav. Acct., Wash., D.C. | A | Interest | K | T | | | | | |
| 4. Sun Trust Checking Account, Wash., D.C. | A | Interest | K | T | | | | | |
| 5. Wells Fargo Bank, checking acct. Wash. DC | A | Interest | J | T | | | | | |
| 6. Westwood Rochester Co. (partnership) | C | Interest | K | T | | | | | |
| 7. Westgate Barrington (partnership) | D | Interest | K | T | | | | | |
| 8. West Brookside (partnership) | D | Interest | K | T | | | | | |
| 9. Lippett Escondido Trust | B | Interest | J | W | | | | | |
| 10. Rental Property-W. Babylon, NY (Suffolk Cty.) | E | Rent | N | W | | | | | |
| 11. Midland Nat. Life | B | Interest | K | T | | | | | |
| 12. (H) (P-IRA) | | | | | | | | | |
| 13. Nuveen Preferred Securities I | A | Dividend | J | T | | | | | |
| 14. Credit Suisse Commodity Ret. | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 15. (H) (P Reg. Acct.) | | | | | | | | | |
| 16. DFA Emerging Markets Core Equity I | A | Dividend | K | T | | | | | |
| 17. DFA Intl Core Equity I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA U.S. Core Equity 1 I | A | Dividend | K | T | | | | | |
| 19. Fidelity Money Market | A | Dividend | K | T | | | | | |
| 20. Nuveen Preferred Securities | A | Dividend | K | T | | | | | |
| 21. iShares Russell 3000 Index | A | Dividend | J | T | Sold (part) | 07/07/17 | J | A | |
| 22. PIMCO High Yield Instl | A | Dividend | | | Sold | 04/11/17 | J | A | |
| 23. Vanguard Inflation-Protected | A | Dividend | J | T | | | | | |
| 24. Credit Suisse Commodity Ret. Strat Co. | A | Dividend | | | Sold | 06/26/17 | K | A | |
| 25. DFA Commodity Strategy Port | A | Dividend | | | Sold | 07/06/17 | K | A | |
| 26. DFA Global RE Sec. | A | Dividend | K | T | | | | | |
| 27. PIMCO Inc. Financial Inst. | A | Dividend | | | Sold | 04/11/17 | K | A | |
| 28. JP Morgan Chase Alerian MLP Index | A | Dividend | K | T | | | | | |
| 29. DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 30. Vanguard High Yield Corp. Adm. | A | Dividend | K | T | | | | | |
| 31. Fidelity Floating Rate High Income | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 32. (H) (J-IRA) | A | Dividend | K | T | Buy | 07/07/17 | K | | |
| 33. Nuveen Preferred Securities I | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 34. Credit Suisse Commodity Ret. Strat Co. | A | Dividend | | | Sold | 07/06/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fidelity Floating Rate High Income | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 36. (H) (J-Reg. Acct.) | | | | | | | | | |
| 37. DFA Emerging Markets [Core Equity 1] | B | Dividend | K | T | Sold (part) | 04/07/17 | K | | |
| 38. DFA U.S. Core Equity 1 1 | A | Dividend | L | T | Sold (part) | 06/05/17 | J | A | |
| 39. DFA Intl Core Equity 1 | B | Dividend | L | T | | | | | |
| 40. Credit Suisse Commodity Return Strat Co | A | Dividend | | | Sold | 06/26/17 | J | A | |
| 41. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 42. DFA Global RE Sec. | A | Dividend | K | T | | | | | |
| 43. Vanguard Intermediate T/E | A | Dividend | | | Sold | 01/11/17 | K | A | |
| 44. Vanguard Ltd. Term T/E | A | Dividend | | | Sold | 01/11/17 | K | A | |
| 45. Nuveen Preferred Securties I | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 46. (H) (J Protected Acct.) | | | | | | | | | |
| 47. i Shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 48. DFA Intl Core Equity 1 | A | Dividend | L | T | | | | | |
| 49. DFA U.S. Core Equity 1 1 | B | Dividend | L | T | Sold (part) | 09/08/17 | K | A | |
| 50. i Shares MSCI EAFE Small Cap Index | A | Dividend | J | T | | | | | |
| 51. Vanguard Inflation-Indexed Securities | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  DFA Emerging Markets Core Equity I | A | Dividend | K | T | | | | | |
| 53.  Nuveen Preferred | A | Dividend | J | T | | | | | |
| 54.  DFA Global RE | B | Dividend | L | T | | | | | |
| 55.  Vanguard Total Bond Mkt. | A | Dividend | J | T | | | | | |
| 56.  Vanguard Short Term | A | Dividend | J | T | | | | | |
| 57.  Fidelity Tax-Free Money Market | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 58.  Fidelity Floating Rate High Income | A | Dividend | K | T | Buy | 07/07/17 | K | | |
| 59.  Fidelity Floating Rate High Income | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 60.  Credit Suisse Command Strategy | A | Dividend | | | Sold | 07/16/17 | J | A | |
| 61.  PIMCO Income Inst. | A | Dividend | J | T | | | | | |
| 62.  Vanguard High-Yield Corp. Adm. | A | Dividend | K | T | | | | | |
| 63.  Vanguard Dev. Markets Ind. Adm. | A | Dividend | M | T | | | | | |
| 64.  Vanguard Total Stk. Mkt. Index | A | Dividend | | | Sold | 05/03/17 | L | B | |
| 65.  DFA Int. Vector Equity Port | A | Dividend | M | T | | | | | |
| 66.  Real Estate, Dunnellon, FL | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANUTHOS, PETER J.** | 05/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETER J. PANUTHOS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544